UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IFTIKAR AHMED, )<br>)<br>Defendant, )<br>and )<br>)<br>IFTIKAR ALI AHMED SOLE PROP; I-CUBED )<br>DOMAINS, LLC; SHALINI AHMED; SHALINI )<br>AHMED 2014 GRANTOR RETAINED ANNUITY )<br>TRUST; DIYA HOLDINGS LLC; DIYA REAL )<br>HOLDINGS, LLC; I.I. 1, A MINOR CHILD, BY )<br>AND THROUGH HIS NEXT FRIENDS IFTIKAR )<br>AND SHALINI AHMED, HIS PARENTS; I.I. 2, A )<br>MINOR CHILD, BY AND THROUGH HIS NEXT )<br>FRIENDS IFTIKAR AND SHALINI AHMED, HIS )<br>PARENTS; and, I.I. 3, A MINOR CHILD, BY AND )<br>THROUGH HIS NEXT FRIENDS IFTIKAR AND )<br>SHALINI AHMED, HIS PARENTS, )<br>)<br>Relief Defendants. )<br>) | Misc. Case No. 21-496 |

NOTICE OF ORDER APPOINTING STEPHEN M. KINDSETH, ESQ.
AS RECEIVER PURSUANT TO 28 U.S.C. § 754

United States District Court
District of Connecticut
Civil Action No. 3:15-cv-00675-JBA

**PLEASE TAKE NOTICE** that on May 6, 2015, the Securities and Exchange Commission (the "Commission") filed a Complaint against the defendant, Iftikar Ahmed (the "Defendant") and relief defendants Iftikar Ali Ahmed Sole Prop ("Ahmed Sole Prop") and I-Cubed Domains, LLC ("I-Cubed"), in the United States District Court for the District of Connecticut. *Securities and*

1

*Exchange Commission v. Iftikar Ahmed, et al.* (Civil Action No.: 3:15-cv-00675-JBA). A true and correct copy of the Commission's Complaint is attached hereto as **Exhibit A**;

**PLEASE TAKE FURTHER NOTICE** that on June 16, 2015, the Commission filed an Amended Complaint naming the Defendant and relief defendants Ahmed Sole Prop; I-Cubed; Shalini Ahmed ("Shalini Ahmed"); Shalini Ahmed 2014 Grantor Retained Annuity Trust ("Shalini Ahmed 2014 Trust"); DIYA Holdings LLC ("DIYA Holdings"); DIYA Real Holdings, LLC ("DIYA Real Holdings"); I.I. 1, a minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents ("I.I. 1"); I.I. 2, a minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents ("I.I. 2"); and I.I. 3, a minor child, by and through his next friends Iftikar and Shalini Ahmed, his parents ("I.I. 3," and, collectively with Ahmed Sole Prop, I-Cubed, Shalini Ahmed, Shalini Ahmed 2014 Trust, DIYA Holdings, DIYA Real Holdings, I.I. 1, and I.I. 2, the "Relief Defendants") in the United States District Court for the District of Connecticut. *Securities and Exchange Commission v. Iftikar Ahmed, et al.* (Civil Action No.: 3:15-cv-00675-JBA). A true and correct copy of the Commission's Amended Complaint is attached hereto as **Exhibit B**; and,

**PLEASE TAKE FURTHER NOTICE** that on April 1, 2016, the Commission filed a Second Amended Complaint against the Defendant and Relief Defendants. A true and correct copy of the Commission's Second Amended Complaint is attached hereto as **Exhibit C**; and,

**PLEASE TAKE FURTHER NOTICE** that on December 20, 2018, the United States District Court for the District of Connecticut entered its Order Appointing Receiver (Doc. No. 1070, the "Receivership Order") appointing Jed Horwitt, Esq. to serve as receiver for those certain assets subject to the Court's asset freeze order as particularly articulated therein. A true and correct copy of the Receivership Order is attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that on November 8, 2021, the United States

District Court for the District of Connecticut entered its Order Granting Motion for Order Substituting Stephen M. Kindseth, Esq. as Receiver (Doc. No. 2100, the "Substitution Order") in which the Court substituted Mr. Kindseth in place of Mr. Horwitt as receiver for those certain assets subject to the Court's asset freeze order as particularly articulated in the Receivership Order. A true and correct copy of the Substitution Order is attached hereto as **Exhibit E**.

Respectfully submitted this 12th day of November, 2021.

STEPHEN M. KINDSETH, ESQ., RECEIVER

*/s/ Stephen M. Kindseth*
Stephen M. Kindseth, Receiver

By:

ZEISLER & ZEISLER, P.C.,
COUNSEL TO RECEIVER

*/s/ Christopher H. Blau*
Christopher H. Blau (ct30120)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
Telephone: 203-368-4234
Facsimile: 203-549-0903
Email: cblau@zeislaw.com